**Order entered August 22, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00859-CV

## IN RE: BURNING BUSH MISSIONARY BAPTIST CHURCH, INC., AND BURNING BUSH ACADEMY AFFORDABLE DAYCARE, Relators

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-00422-2**

## ORDER

Relators failed to comply with rules 52.3(k) and 52.7 of the Texas Rules of Appellate Procedures. Accordingly, Relators are ORDERED to file an appendix which includes all of the items required by rule 52.3(k) and a record which complies with rule 52.7 within seven days of the date of the order.

/s/    DAVID L. BRIDGES
JUSTICE